264

## 18909. DAVIS *v.* THE STATE.

BROYLES, C. J. The evidence did not authorize the defendant's conviction, and the refusal to grant him a new trial was error.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 12, 1928.

*M. B. Eubanks, Porter & Mebane,* for plaintiff in error.
*J. F. Kelly, solicitor-general, M. Neil Andrews,* contra.